Matter of Genova (Commissioner of Labor) (2024 NY Slip Op 03789)

Matter of Genova (Commissioner of Labor)

2024 NY Slip Op 03789

Decided on July 11, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 11, 2024

CV-23-1495
[*1]In the Matter of the Claim of Leonardo Genova, Appellant. Commissioner of Labor, Respondent.

Calendar Date:June 14, 2024

Before:Garry, P.J., Aarons, Lynch, Ceresia and Mackey, JJ.

Leonardo Genova, Yonkers, appellant pro se.
Letitia James, Attorney General, New York City (Camille J. Hart of counsel), for respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 6, 2023, which dismissed claimant's appeal from a decision of an Administrative Law Judge as untimely.
Decision affirmed. No opinion.
Garry, P.J., Aarons, Lynch, Ceresia and Mackey, JJ., concur.
ORDERED that the decision is affirmed, without costs.